IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 18 C 1266 |
| | ) | |
| v. | ) | Judge Aspen |
| | ) | Magistrate Judge Schenkier |
| MEDCARE MEDICAL GROUP, CO., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Able Home Health, LLC, voluntarily dismisses its individual claims without prejudice and without costs against defendant Medcare Medical Group, Co. Plaintiff Able Home Health, LLC voluntarily dismisses its class claims against defendant Medcare Medical Group, Co. without prejudice and without costs. Plaintiff Able Home Health, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

## **CERTIFICATE OF SERVICE**

  I, Heather Kolbus, certify that on April 30, 2018, I caused a true and accurate copy of the foregoing document to be served, via U.S. Mail, to the following parties:

Medcare Medical Group, Co.
c/o registered agent
Beatta Kabbani
1873 Waukegan Road
Glenview, IL 60025

                s/ Heather Kolbus
                Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)