## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Able Home Health, LLC

           Plaintiff,

v.                 Case No.: 1:18–cv–01266
                   Honorable Marvin E. Aspen

Medcare Medical Group, Co., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 30, 2018:

  MINUTE entry before the Honorable Marvin E. Aspen:Status hearing of 5/10/2018 stricken. Case dismissed pursuant to Notice of Dismissal [10]. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.